UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DE JESUS CRUZ ESPARZA,

                Petitioner,

v.

JEH JOHNSON, et al.,

                Respondents.

CASE NO. C14-1083-RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. 7) is GRANTED;

3. Petitioner's habeas petition (Dkt. 1) is DENIED, and this action is DISMISSED without prejudice; and

4. The Clerk shall send copies of this Order to petitioner and to Judge Theiler.

DATED this 13 day of January 2015.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1